FILED
FEB 2 2 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA : Case No. 2:17-cr-26

v. : Violations: 18 U.S.C. § 876(c)

ERIC JACOB RIGGS :

INDICTMENT

COUNT ONE

The Grand Jury charges that:

1. On or about July 20, 2015, in the Southern District of West Virginia and elsewhere, ERIC JACOB RIGGS knowingly and willfully caused to be delivered by the Postal Service according to the direction thereon a communication addressed to any other person and containing a threat to injure the person of the addressee or any other person. The communication was addressed to a United States judge.

2. On or about July 20, 2015, ERIC JACOB RIGGS knowingly and willfully caused a letter to be delivered by mail addressed to a United States District Judge in Salt Lake City, Utah. The letter included the following language:

My name is Eric Riggs and Im writing you to bring you up to date on something.

First and Foremost you sent one of my Brothers to the Feds for 60 monthes and there are consequences to every action.

What I am about to say is not a threat but a Guarantee all you got to do is look me up and you'll be acquainted with what I do.

Ive been locked up 10yrs since age 15.

The Punk ass Government will pay in blood for every year they took from me!

You will be the first on the list whore! You think you can do what you want with no penalty? Send a Brother to the Penitentary and leave his wife and young white Children to struggle for survival! Your family will feel the pain of missing a Loved one.

I am soon to be free and Im coming to see you! The last thing you will see in this world is the barrel of a 12 gauge shotgun! And any one who wants to get involved can be killed too!

Ive attempted to kill 2 people here in prison by stabbing them repeatedly - while on Camera. So if you think I care if I get caught - think again! I am going

to show you a real Aryan warrior! Fuck you and the Government - I'll burn your judicial system to the ground and piss on your grave!
This is your Death Certificate... You have been served... time is now clicking! Take me as a joke... PLEASE! Cause I promise you this... I am your Nightmare on the physical plane... I am coming... You will pay for ALL who you sent to the pen and left our children to fight for survival! I will avenge my brother!

3. All in violation of Title 18, United States Code, Section 876(c).

**COUNT TWO**

The Grand Jury charges that:

1. On or about July 28, 2015, in the Southern District of West Virginia and elsewhere, ERIC JACOB RIGGS knowingly and willfully caused to be delivered by the Postal Service according to the direction thereon a communication addressed to any other person and containing a threat to injure the person of the addressee or any other person. The communication was addressed to a United States judge.

2. On or about July 28, 2015, ERIC JACOB RIGGS knowingly and willfully caused a letter to be delivered by mail addressed to a United States District Judge in Huntington, West Virginia. The letter included the following language and graphic:



EAT SHIT AND DIE - IM SENDING SOMEONE TO HOLLER AT YOU IN the Near Future...

LIBRARY'S RESPONSE

☐ Material provided as requested.
☐ Material provided as requested, except as noted.
☐ See reverse.

Library stamp

FUCK YOU!

RECEIPT

3. All in violation of Title 18, United States Code, Section 876(c).

A true bill, this 22nd day of February, 2017.

Grand Jury Foreperson

JEFF SESSIONS
United States Attorney General
RICK A. MOUNTCASTLE
Acting United States Attorney
Western District of Virginia

RANDY RAMSEYER
Special Attorney to the U.S. Attorney General
Assistant United States Attorney