FILED
JUN 28 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF VIRGINIA ~~VIRGINIA~~ WEST
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | ) Criminal Case No. 2:17CR00026 |
| | ) |
| ERIC JACOB RIGGS | ) |

**STIPULATION OF FACTS**

The parties hereby stipulate as to the following facts:

1. On or about July 20, 2015, Eric Jacob Riggs caused a letter to be sent by U.S. mail from the the Mt. Olive Correctional Complex in Mt. Olive, West Virginia, to a federal judge in Salt Lake City, Utah.

2. The letter, a portion of which is set forth in Count One of the Indictment, was written by Eric Jacob Riggs and contained a threat to injure and kill the federal judge to whom it was addressed.

3. The letter was delivered according to the direction thereon in Utah in or about July 2015.

For the United States:

JEFF SESSIONS
United States Attorney General
RICK A. MOUNTACASTLE
Acting United States Attorney
Western District of Virginia

_/s/ Randy Ramseyer_
RANDY RAMSEYER
Special Attorney to the U.S. Attorney General

For Eric Jacob Riggs:

_/s/ Christian M. Capece_
CHRISTIAN M. CAPECE
Federal Public Defender